**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 01-7888**

———————

ELVIN O. VEGA,

                                        Petitioner - Appellant,

        versus

UNITED STATES OF AMERICA,

                                        Respondent - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    William M. Nickerson, District Judge.
(CR-99-453, CA-01-1898-WMN)

———————

Submitted:  April 18, 2002          Decided:  April 25, 2002

———————

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

———————

Dismissed in part and affirmed in part by unpublished per curiam
opinion.

———————

Elvin O. Vega, Appellant Pro se.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Elvin O. Vega seeks to appeal judgment of his conviction. We dismiss the appeal as to this criminal conviction for lack of jurisdiction because Vega's notice of appeal was not timely filed.

Criminal defendants have ten days from the entry of the judgment or order at issue to file a notice of appeal. See Fed. R. App. P. 4(b). The appeal periods established by Rule 4 are mandatory and jurisdictional. Browder v. Director, Dept of Corrections, 434 U.S. 257, 264 (1978). The district court's order was entered on the docket on January 21, 2001. Vega's notice of appeal was filed on October 30, 2001. Because Vega failed to file a timely notice of appeal, we dismiss the appeal as to his criminal conviction.

To the extent that Vega appeals the district court's orders denying his request for copies of a forensic report and a superseding indictment and his request for transcripts of the grand jury, the plea hearing, and the sentencing hearing at government expense, we have reviewed the record and the district court's orders and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See United States v. Vega, Nos. CR-99-453; CA-01-1898-WMN (D. Md. Oct. 24, 2001; Jan. 15, 2002).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED IN PART AND AFFIRMED IN PART</u>